UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CRAIG ALLEN MCCREA,<br><br>Defendant. | CASE NO: CR 22-41-M-DWM<br><br><br>ORDER |

Defendant, Craig Allen McCrea having filed an unopposed motion to permit the Defendant to make limited disclosure of his presentence investigation report to the Montana State Court Judge and Prosecutor under seal of the State Court, and good cause appearing, IT IS HEREBY ORDERED:

1) Defendant may disclose Page 1 and Paragraphs 38-42, 47 and 65 of Doc. 61 (the Presentence Investigation Report) to the Hon. Robert L. Deshamps, III and his clerk of court and to the Lake County Attorney James Lapotka.

2) Defendant shall do so only under seal by order of Judge Deschamps.

Dated this **1st** day of June, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1